UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-205-MOC-DLH

| | | |
|---|---|---|
| **JAMES A. MCCLAIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **HENDERSON COUNTY et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendants' Motion to Strike Plaintiff's Motion to Deny Defendants' Reply to Response to Motion (Doc. 8). The court finds that a surreply is not allowed under the local rules, and that a plaintiff proceeding *pro se* is nevertheless required to follow the local rules of this court. See Local Rule 7.1(e); Clean Control Corporation v. Terry D. Simpson, 2013 WL 1789706 at *1 (W.D.N.C. 2013); Johnson v. The Sunshine House, 2012 WL 5379053 at *2 (W.D.N.C. 2012). Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Strike Plaintiff's Motion to Deny Defendants' Reply to Response to Motion (Doc. 8) (#9) is **GRANTED**. Plaintiff's Motion to Deny Defendants' Reply to Response to Motion (#8) is hereby stricken.

Signed: October 16, 2017

Max O. Cogburn Jr.
United States District Judge